IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 0 6 2024

KEVIN P. WEIMER, Clerk
By: ⬚  Deputy Clerk

Lisa Brittian
Plaintiff,
v.                                      Civil Action No: 1:24-CV-05078 LMM
Jesse Cole Kent
Defendant.

### MOTION TO REQUEST NON- ATTORNEY TO FILE ELECTRONICALLY

Plaintiff Lisa Brittian by and through Pro Se, hereby moves this Court to grant permission to electronically file documents in this case through the CM/ECF system.

### STATEMENT OF FACTS

1. Plaintiff is currently representing herself in this matter without an attorney ("PRO SE").
2. Plaintiff believes that electronic filing will facilitate efficient access to court documents and streamline the litigation process.

### ARGUMENT

A. Federal Rules Civil Procedure allow for Por Se litigants to file electronically with the Court's permission.
B. Plaintiff has the ability to register with the CM/ECF system and is prepared to follow all necessary procedures for electronic filing.

WHEREFORE, Plaintiff respectfully requests that the Court grant permission for her to electronically file documents in this case.

Dated: December 6th 2024

Respectfully submitted,

*/s/ Lisa Brittian*

Lisa Brittian
Pro Se/ Plaintiff
P.O. Box 90021
Atlanta, GA 30364
229-633-3703

**CERTIFCATE OF SERVICE**

I certify that a copy of said Motion to Request Non- Attorney to File Electronically has been filed with the Clerk of Court and mailed to all parties on December 6,2024.

Jesse Cole Kent
1628 Canopy Chase Northeast
Brookhaven, GA 30319
678-928-9376

*Lisa Brittian*
Lisa Brittian
Pro Se / Plaintiff
P.O. Box 90021
Atlanta, GA 30364
blatreass@yahoo.com
229-633-3703